Argued June 3—decided June 3, 1969

CONNECTICUT BANK AND TRUST COMPANY, EXECUTOR (ESTATE OF MARIE P. JENSEN), ET AL. *v.* LUDIS UPENIEKS ET AL.

The motion by the defendants Ludis Upenieks and Antoinette Pesce to dismiss the appeal from the Superior Court in Tolland County is granted.

*Herman Yules,* for the appellee (named defendant).

*Jules A. Karp,* for the appellee (defendant Antoinette Pesce).

Argued June 3—decided June 3, 1969